IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JOHN B. ADRAIN, | § § | |
| *Plaintiff*, | § § | Case No. 2:13-cv-967 |
| vs. | § § | **JURY TRIAL DEMANDED** |
| | § | |
| AMAZON.COM, INC., BEST BUY CO., INC., | § | |
| GAMESTOP CORP., MICROSOFT | § | |
| CORPORATION, TARGET CORPORATION, | § | |
| TOYS "R" US, INC.; and WAL-MART | § | |
| STORES, INC. | § § | |
| *Defendants*. | § | |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE
## OF DEFENDANT MICROSOFT CORPORATION

Having reached a settlement, Plaintiff John B. Adrain ("Plaintiff") and Defendant, Microsoft Corporation, pursuant to FED. R. CIV. P. 41(a)(1), hereby move for an order dismissing all claims brought by Plaintiff against Defendant, Microsoft Corporation in this action as follows:

1. All claims brought by Plaintiff against Defendant, Microsoft Corporation shall be dismissed with prejudice.

2. Each party shall bear its own costs, expenses and attorneys' fees.

Dated:  January 20, 2014         Respectfully submitted,

                                                By: */s/ John T. Polasek*
                                                   John T. Polasek
                                                   State Bar. No. 16088590
                                                 tpolasek@pqelaw.com
                                                 C. Dale Quisenberry
                                                 State Bar No. 24005040
                                                 dquisenberry@pqelaw.com
                                                 Jeffrey S. David
                                                 State Bar No. 24053171

jdavid@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

Otis W. Carroll
State Bar No. 03895700
nancy@icklaw.com
Deborah Race
State Bar No. 16448700
drace@icklaw.com
IRELAND, CARROLL & KELLEY, P.C
6101 S. Broadway, Suite 500
P.O. Box 7879
Tyler, Texas 75711
Telephone: (903) 561-1600
Facsimile: (903) 581-1071

S. Calvin Capshaw
State Bar No. 03783900
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
ederieux@capshawlaw.com
D. Jeffrey Rambin
State Bar No. 00791478
jrambin@capshawlaw.com
CAPSHAW DERIEUX, LLP
114 East Commerce Avenue
Gladewater, Texas 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

Russell R. Smith
State Bar No. 18682310
rsmith@fairchildlawfirm.com
FAIRCHILD, PRICE, HALEY, & SMITH, L.L.P.
1801 North Street
Nacogdoches, Texas 75963-1668
Telephone: (936) 569-2327
Facsimile: (936) 569-7932

**ATTORNEYS FOR PLAINTIFF**

/s/ Melissa R. Smith
Melissa R. Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH
303 S. Washington Avenue
Marshall, Texas 75970
Phone: (903) 934-8450
Facsimile: (903) 934-9257

**ATTORNEY FOR DEFENDANT,
MICROSOFT CORPORATION**

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule CV-7(h), I hereby certify that counsel for John B. Adrain has conferred with counsel for Defendant and this motion is unopposed.

*/s/ John T. Polasek*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 20th day of January, 2014. All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

*/s/ John T. Polasek*
John T. Polasek