IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JOHN B. ADRAIN, | § § | |
| *Plaintiff*, | § § | Case No. 2:13-cv-967 |
| vs. | § § | **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC., BEST BUY CO., INC., GAMESTOP CORP., MICROSOFT CORPORATION, TARGET CORPORATION, TOYS "R" US, INC.; and WAL-MART STORES, INC. | § § § § § § § | |
| *Defendants*. | § | |

## MOTION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS, AMAZON.COM, INC., BEST BUY CO., INC. GAMESTOP CORP., TARGET CORPORATION, TOYS "R" US, INC., AND WAL-MART STORES, INC.

Plaintiff John B. Adrain ("Plaintiff"), pursuant to FED. R. CIV. P. 41(a)(1), hereby moves for an order dismissing all claims brought by Plaintiff against Defendants, Amazon.com, Inc., Best Buy Co., Inc. Gamestop Corp., Target Corporation, Toys "R" Us, Inc., and Wal-Mart Stores, Inc., in this action as follows:

1. All claims brought by Plaintiff against Defendants Amazon.com, Inc., Best Buy Co., Inc. Gamestop Corp., Target Corporation, Toys "R" Us, Inc., and Wal-Mart Stores, Inc. shall be dismissed WITHOUT PREJUDICE.

2. Each party shall bear its own costs, expenses and attorneys' fees.

Dated: January 20, 2014      Respectfully submitted,

By: */s/ John T. Polasek*
John T. Polasek
State Bar. No. 16088590
tpolasek@pqelaw.com
C. Dale Quisenberry
State Bar No. 24005040
dquisenberry@pqelaw.com

Jeffrey S. David

State Bar No. 24053171
jdavid@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

Otis W. Carroll
State Bar No. 03895700
nancy@icklaw.com
Deborah Race
State Bar No. 16448700
drace@icklaw.com
IRELAND, CARROLL & KELLEY, P.C
6101 S. Broadway, Suite 500
P.O. Box 7879
Tyler, Texas 75711
Telephone: (903) 561-1600
Facsimile: (903) 581-1071

S. Calvin Capshaw
State Bar No. 03783900
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
ederieux@capshawlaw.com
D. Jeffrey Rambin
State Bar No. 00791478
jrambin@capshawlaw.com
CAPSHAW DERIEUX, LLP
114 East Commerce Avenue
Gladewater, Texas 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

Russell R. Smith
State Bar No. 18682310
rsmith@fairchildlawfirm.com
FAIRCHILD, PRICE, HALEY, & SMITH, L.L.P.
1801 North Street
Nacogdoches, Texas 75963-1668
Telephone: (936) 569-2327
Facsimile: (936) 569-7932

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

In compliance with Local Rule CV-7(h), I hereby certify that counsel for John B. Adrain has conferred with counsel for Defendant and this motion is unopposed.

*/s/ John T. Polasek*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 20th day of January, 2014. All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

*/s/ John T. Polasek*
John T. Polasek